[No. 1175, October 27, 1906.]

LEANDRO BACA, Relator, v. FRANK W. PARKER, Judge, etc., Respondent.

WRIT OF PROHIBITION.

Chas. A. Spiess, and E. W. Dobson, for relator.

Wm. C. Reid, Attorney General, for respondent.

OPINION OF THE COURT.

PER CURIAM.—The court in this case considers itself bound by its former decisions to the effect that in this Territory, the commission of the governor, in a case where he has the power to appoint, must be recognized until resort is had to a trial of title to the office in question in a proceeding by quo warranto. Such being the case, this court will decline to issue a peremptory writ of prohibition, under the order to show cause which has just been argued.

Hubbell v. Dame.

The issuing of the peremptory writ of prohibition is denied.

WILLIAM J. MILLS,
Chief Justice, Etc.